

**LAW OFFICE OF**
# ROBERT GROSS
1695 Lexington Avenue, New York, NY 10029

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/19

November 18, 2019

Re: 1:19-cr-00123-NRB USA v. Lopez-Hernandez
NCD: Wednesday, November 20 @ 3PM

<u>Request for Administrative Adjournment</u>

    I Robert Gross attorney for Mr. Jackson Lopez-Hernandez am writing to request that the above captioned matter be administratively adjourned. I Robert Gross have met with Mr. Jackson Lopez-Hernandez this past weekend and there are one or two issues that came up. We need some time to review these matters in hopes for a Pre-trial Solution.

    I have discussed the matter with Troy Archie and Genesis Peduto, attorneys for Carlos Estevez Gonzalez and they collectively join in the within application. Mr. Archie indicated he has another Court commitment in the District of New Jersey on November 13, 2019 at 1:30 pm and would like to meet with his client prior to the next court date to discuss the superseding indictment and any potential for a pre trial resolution.

    We have discussed this matter with AUSA Hobson and he does not oppose to our request for an adjournment. We ask that this matter be adjourned for Wednesday December 18, 2019 or January 8, 2019.

    I apologize for any inconvenience this may cause and thank you in advance for considering our request.

Sincerely,

Robert Gross, Esq.

<u>ENDORSEMENT</u>
The conference is adjourned until December 18, 2019 at 3:15 pm. Speedy trial time is excluded until then. 18 U.S.C. 3161(h)(7)(A).
So Ordered.
Naomi Reice Buchwald, USDJ
November 19, 2019

PHONE: (212) 537-6919  FAX: (646) 649-2732  WEB: robertgrosslaw.com